# EXHIBIT 1-J

 

**GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**LAEL MONTGOMERY**
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Dec 30 2010 1:56PM MST
Filing ID: 35127443
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY<br>STATE OF COLORADO<br><br>1777 Sixth Street<br>Boulder, CO 80302 | |
| **Plaintiffs:**<br>PROBUILD HOLDINGS, INC. and PROBUILD COMPANY LLC f/k/a PROBUILD EAST LLC<br><br>v.<br><br>**Defendants:**<br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY OF NORTH AMERICA; THE HARTFORD CASUALTY INSURANCE COMPANY; THE HARTFORD FIRE INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; HARTFORD UNDERWRITERS INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; and ST. PAUL FIRE & MARINE INSURANCE COMPANY | ▲ COURT USE ONLY ▲<br><br>Case Number: 2010CV2912<br><br>Division: 2 |
| **Attorneys for Defendant Fireman's Fund Insurance Company:**<br>Christopher S. Clemenson (#34423)<br>Mark Bartholomaei (#40702)<br>Cozen O'Connor<br>707 17th St., Ste. 3100<br>Denver, Colorado 80202<br>(720) 479-3900<br>cclemenson@cozen.com;<br>mbartholomaei@cozen.com | |
| **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CONSOLIDATE** | |

COMES NOW Defendant Fireman's Fund Insurance Company ("FFIC"), by and through its undersigned counsel of record, and moves the Court for an extension of time up to and including January 17, 2011, to respond to *Plaintiffs' Motion to Consolidate Actions*.

### Certification Pursuant to C.R.C.P. 121 § 1-15

The undersigned certified that he conferred with counsel for plaintiffs who indicated that plaintiffs have no objection to the relief requested.

1. Plaintiffs filed this action on December 13, 2010. FFIC was served on December 14, 2010, through service upon the Commissioner of Insurance, making FFIC's answer due on January 3, 2011.

2. Plaintiffs also moved on December 14, 2010, to consolidate this action with *ProBuild Holdings, Inc. et al v. Granite State Insurance Company, et al.*, Boulder County District Court Case No. 2010CV378. The standard 15-day response deadline potentially makes any response to the motion due today, December 29, 2010. *See*, C.R.C.P. 121 § 1-15(1). However, FFIC has no record of having been served with the motion to consolidate in this action. On the other hand, counsel for FFIC received a copy of the motion on December 14, 2010, due to FFIC's prior involvement in Case No. 2010CV378.

3. Rather than attempt to determine whether service was effectuated through notice to counsel in a different case, and because of the holidays, FFIC sought and obtained an agreement by the Plaintiffs for an extension with respect to both its answer and its response to the motion to consolidate. The Plaintiffs agreed to January 17, 2011.

4. Wherefore, FFIC respectfully requests that the Court grant an extension for FFIC to file its response to the motion to consolidate up to and including January 17, 2011.

DATED:   December 29, 2010.

Respectfully submitted,
COZEN O'CONNOR

*Original signature on file at offices of Cozen O'Connor pursuant to C.R.C.P. 121 § 1-26*

By:   s/ Christopher S. Clemenson
Christopher S. Clemenson, #34223
*Attorney for Defendant Fireman's Fund Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served via LexisNexis File & Serve this 29th day of December, 2010, to the following:

David Driscoll
Kenneth Morris
Garlin Driscoll Howard, LLC
245 Century Circle, Suite 101
Louisville, CO 80027
*Attorneys for Plaintiffs*

*Original signature on file at offices of Cozen O'Connor pursuant to C.R.C.P. 121 § 1-26*

By: s/ Jessica Vecchio
    Jessica Vecchio