IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00096-ZLW

PROBUILD HOLDINGS, INC., and
PROBUILD COMPANY LLC f/k/a PROBUILD EAST LLC,

    Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA;
THE HARTFORD CASUALTY INSURANCE COMPANY;
THE HARTFORD FIRE INSURANCE COMPANY;
TWIN CITY FIRE INSURANCE COMPANY;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
FIREMEN'S FUND INSURANCE COMPANY; and
ST. PAUL SURPLUS LINES INSURANCE COMPANY,

    Defendants.

_____

ORDER
_____

    The matter before the Court is Defendants Travelers Property Casualty Company of America and St. Paul Surplus Insurance Company's Notice of Related/Associated Case (Doc. No. 13; Jan. 12, 2011).  Defendants inform the Court that the present case is related/associated with Civil Action No. 11-cv-00008-PAB-CBS pending in this District.

    Pursuant to D.C.COLO.LCivR 7.5E., the Court has conferred with United States District Judge Philip A. Brimmer.  As a result of this discussion, the Court has

determined that the present case should be held in abeyance pending resolution of a motion to consolidate filed in case 11-cv-00008-PAB-CBS.[1]  Accordingly, it is

ORDERED that the above captioned case is stayed pending further order of the Court.

DATED at Denver, Colorado, this 18th day of January, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[1] *See* D.C.COLO.LCivR 42.1.