IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00096-ZLW

PROBUILD HOLDINGS, INC., and
PROBUILD COMPANY LLC f/k/a PROBUILD EAST LLC,

    Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA;
THE HARTFORD CASUALTY INSURANCE COMPANY;
THE HARTFORD FIRE INSURANCE COMPANY;
TWIN CITY FIRE INSURANCE COMPANY;
HARTFORD UNDERWRITERS INSURANCE COMPANY;
FIREMEN'S FUND INSURANCE COMPANY; and
ST. PAUL SURPLUS LINES INSURANCE COMPANY,

    Defendants.
_____

## ORDER
_____

    The matter before the Court is the Order dated January 19, 2011 (Doc. No. 20) staying this case.  The Court has received notification that Civil Action No. 11-cv-00008-PAB-CBS was remanded to state court.  Accordingly, it is

    ORDERED that the stay in this case is lifted.  It is

FURTHER ORDERED that Plaintiff's Motion To Consolidate Actions (Doc. No. 23; Jan. 20, 2011) is denied as the case that is sought to be consolidated is no longer located in this District.

DATED at Denver, Colorado, this 26th day of January, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court